UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:23-cv-02342-TLN-KJN |
| | No. 2:23-cv-02343-TLN-KJN |
| | No. 2:23-cv-02344-TLN-KJN |
| | No. 2:23-cv-02345-TLN-KJN |
| | No. 2:23-cv-02346-TLN-KJN |
| | No. 2:23-cv-02364-TLN-KJN |
| | No. 2:23-cv-02365-TLN-KJN |
| | No. 2:23-cv-02366-TLN-KJN |
| | No. 2:23-cv-02367-TLN-KJN |
| | No. 2:23-cv-02368-TLN-KJN |
| | **ORDER** |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in Alameda County. (*See Bonilla v. Fresno County*, Case No. 2:18-cv-2544-TLN-KJN, ECF No.

1

1  13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
2  the Court to open a new case for each attempted new case pleading and assign it to the
3  undersigned and Magistrate Judge Kendall J. Newman. (*Id.* at ECF No. 26). If the Court
4  determines the new filing is related to Plaintiff's Alameda County criminal conviction, the case
5  will be ordered dismissed and closed. (*Id.*)

6  The Court has reviewed the complaints/petitions filed in the above-captioned cases and
7  finds they are related to Plaintiff's Alameda County criminal conviction.

8  Accordingly, the complaints/petitions in Case Nos 2:23-cv-02342, 2:23-cv-02343, 2:23-
9  cv-02344, 2:23-cv-02345, 2:23-cv-02346, 2:23-cv-02364, 2:23-cv-02365, 2:23-cv-02366, 2:23-
10  cv-02367 and 2:23-cv-02368 are hereby DISMISSED. The Clerk of the Court is directed to close
11  these cases. No further filings will be accepted.

12  IT IS SO ORDERED.

13  Dated:    December 18, 2023

_____
Troy L. Nunley
United States District Judge